CITY OF TRENTON *et al. v.* DADE COUNTY *et al.*

CANDLER, Justice. The question certified by the Court of Appeals calls for a decision of the entire case, and is not a question of law only. It is a mixed question of law and fact, and under the constitutional provisions and the decisions of this court construing the same, it can not be answered. *Johnston* v. *Travelers Insurance Co.*, 183 *Ga.* 229 (188 S. E. 27). *All the Justices concur.*

No. 15782. APRIL 19, 1947.

191

*Shaw & Shaw,* for plaintiffs in error.

*J. H. Paschall, Solicitor-General,* and *Gleason & Painter,* contra.